No. 79–6185.  ALANIS *v.* UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 79–6195.  TILL *v.* UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 79–6197.  McQUIN *v.* UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 79–6074.  POLLARD *v.* UNITED STATES TOBACCO CO. C. A. 4th Cir.  Certiorari denied.  MR. JUSTICE POWELL took no part in the consideration or decision of this petition.

No. 79–5754.  GINSBURG *v.* OVERLOOK HOSPITAL ET AL., 444 U. S. 1086;
No. 79–5755.  SOLOMON *v.* FRAME ET AL., 444 U. S. 1086;
No. 79–5819.  REED *v.* SCHWAB ET AL., 444 U. S. 1088; and
No. 79–5928.  GAMBLE *v.* UNITED STATES, 444 U. S. 1092. Petitions for rehearing denied.

APRIL 14, 1980

No. 79–1373.  REPUBLICAN NATIONAL COMMITTEE ET AL. *v.* FEDERAL ELECTION COMMISSION ET AL.  Affirmed on appeal from D. C. S. D. N. Y.

No. 79–1375.  REPUBLICAN NATIONAL COMMITTEE ET AL. *v.* FEDERAL ELECTION COMMISSION ET AL.  Affirmed on appeal from C. A. 2d Cir.

No. 79–1152.  HEFNER *v.* NEW ORLEANS PUBLIC SERVICE, INC., ET AL.  Appeal from C. A. 5th Cir. dismissed for want of jurisdiction.  Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.